JANET C. MCINTOSH, an Infant, by DREW W. MCINTOSH, Her Guardian ad Litem, Respondent, *v.* COUNTY OF JEFFERSON et al., Appellants.

DREW W. MCINTOSH, Respondent, *v.* COUNTY OF JEFFERSON et al., Appellants.

EDITH B. MCINTOSH, Respondent, *v.* COUNTY OF JEFFERSON et al., Appellants.

ELIZABETH J. MCINTOSH, an Infant, by DREW W. MCINTOSH, her Guardian ad Litem, Respondent, *v.* COUNTY OF JEFFERSON et al., Appellants.

Argued November 24, 1936; decided December 31, 1936.

*John H. O'Brien* for County of Jefferson, appellant.

*Ellsworth J. Carter* for Town of Clayton, appellant.

*Melvin F. Kinkley* and *Norman F. Ward* for respondents.

In each case, order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.